1 | S. BRETT SUTTON 143107
LAURIAN C. EWBANK  240217
2 | SUTTON HATMAKER LAW CORPORATION
6715 North Palm Avenue, Suite 214
3 | Fresno, California  93704
Telephone:  (559) 449-1888
4 | Facsimile:   (559) 449-0177

5 | WILLIAM C. HAHESY  105743
LAW OFFICES OF WILLIAM C. HAHESY
6 | 6715 North Palm Avenue, Suite 214
Fresno, California  93704
7 | Telephone:  (559) 579-1230
Facsimile:   (559) 579-1231
8

9 | Attorneys for Defendant LINKUS ENTERPRISES, INC.

10

11 | UNITED STATES DISTRICT COURT

12 | EASTERN DISTRICT OF CALIFORNIA

13 | GABE WRIGHT, individually and on          ) Case No.  2:07-cv-01347-MCE-CMK
behind of all persons similarly situated,     )
14 |                                                                    )
                                                                            )
15 |                          Plaintiff,                           ) **STIPULATION REGARDING PLAINTIFF'S**
                                                                            ) **FILING OF A FIRST AMENDED**
16 |           vs.                                                 ) **COMPLAINT AND DEFENDANT'S**
                                                                            ) **RESPONSE TO PLAINTIFF'S FIRST**
17 |                                                                    ) **AMENDED COMPLAINT AND**
LINKUS ENTERPRISES, INC., and       ) **[PROPOSED] ORDER**
18 | DOES 1-10, inclusive                              )
                                                                            )
19 |                          Defendants.                    )
                                                                            )
20 |

21 |          Plaintiff GABE WRIGHT (referred to herein as "Plaintiff") and Defendant LINKUS

22 | ENTERPRISES, INC. (referred to herein as "Defendant"), by and through their respective attorneys

23 | of record, hereby stipulate and agree as follows:

24 |          1.        Plaintiff shall have through and including Friday, November 2, 2007 in which

25 | to file a First Amended Complaint in the above-captioned action.

26 | ///

---

1

STIPULATION REGARDING PLAINTIFF'S FILING OF A FIRST AMENDED COMPLAINT AND
DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

2. Following Plaintiff's filing of this First Amended Complaint and service upon Defendant, Defendant shall have twenty (20) days in which to file a responsive pleading to the above-captioned matter.

Dated: October 23, 2007.         CALLAHAN, McCUNE & WILLIS


By:   /s/ Robert W. Thompson
      Robert W. Thompson
      Attorneys for Plaintiff GABE WRIGHT


Dated: October 23, 2007.         SUTTON HATMAKER LAW CORPORATION


By:   /s/ S. Brett Sutton
      S. Brett Sutton
      Attorneys for Defendant
      LINKUS ENTERPRISES, INC.


**ORDER**

IT IS SO ORDERED

Date: October 24, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SUTTON HATMAKER LAW CORPORATION
6715 NORTH PALM AVE
SUITE 214
FRESNO, CA 93704

2
STIPULATION REGARDING PLAINTIFF'S FILING OF A FIRST AMENDED COMPLAINT AND DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT