1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    GABE WRIGHT,                          No. CIV S-07-1347-MCE-CMK

12              Plaintiff,

13         vs.                              <u>ORDER</u>

14    LINKUS ENTERPRISES, INC.,

15              Defendant.

16    _____/

17              Pursuant to the stipulation of the parties, the deadline to respond and/or object to

18    all outstanding written discovery is extended to and including March 17, 2008.

19              IT IS SO ORDERED.

20

21    DATED:  February 12, 2008

22                                          _____

23                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

                                          1