S. Brett Sutton, Bar #143107
Laurian Ewbank, Bar #240217
**SUTTON HATMAKER LAW CORPORATION**
6715 N. Palm Avenue, Suite 214
Fresno, CA 93704
Telephone: (559) 449-1888
Facsimile: (559) 449-0177

William C. Hahesy, Bar #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
6715 N. Palm Avenue, Suite 214
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231

Attorneys for Defendant LINKUS ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE WRIGHT, individually and on behalf of all persons similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>LINKUS ENTERPRISES, INC.<br><br>Defendant(s). | Case No. 07-CV-01347-MCE-CMK<br><br>**AMENDED STIPULATION EXTENDING DATE FOR RESPONSES AND OBJECTIONS TO OUTSTANDING WRITTEN DISCOVERY AND ORDER THEREON** |

     Plaintiff GABE WRIGHT (referred to herein as "Plaintiff") and Defendant LINKUS ENTERPRISES, INC. (referred to herein as "Defendant"), by and through their respective attorneys of record, hereby STIPULATE and AGREE as follows:

/ / /

1

1.   As requested by the parties and as ordered by the court, the parties participated in mediation on March 3, 2008.

2.   The parties have previously exchanged various written discovery, including Defendant propounding a First Set of Special Interrogatories and a First Request for Production of Documents to Plaintiff and Plaintiff propounding a First Set of Requests for Admissions, a First Set of Special Interrogatories and a First Set of Requests for Production of Documents to Defendants.

3.   Due on ongoing settlement negotiations, the parties, through counsel, have agreed to extend the deadline to and including April 7, 2008 to respond and/or object to all outstanding written discovery.

Dated: March 10, 2008            /s/  Robert W. Thompson
                                 Callahan, McCune & Willis
                                 By Robert W. Thompson
                                 Attorneys for Plaintiff
                                 GABE WRIGHT

Dated: March 11, 2008            /s/ William C. Hahesy
                                 William C. Hahesy,
                                 Attorney for Defendant
                                 LINKUS ENTERPRISES, INC.

Dated: March 11, 2008            /s/ S. Brett Sutton
                                 Sutton Hatmaker Law Corporation
                                 By S. Brett Sutton
                                 Attorney for Defendant
                                 LINKUS ENTERPRISES, INC.

**ORDER**

Upon reading the Stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

Due to the ongoing settlement negotiations and pursuant to the stipulation between the parties in this action, the deadline for the parties to respond and/or object to all outstanding discovery, including Defendant's First Set of Special Interrogatories and First Request for Production of Documents to Plaintiff, and Plaintiff's First Set of Requests for Admissions, First Set of Special Interrogatories and First Set of Requests for Production of Documents to Defendants shall be extended to April 7, 2008.

DATED: March 17, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE