1  S. BRETT SUTTON 143107
   LAURIAN C. EWBANK  240217
2  SUTTON HATMAKER LAW CORPORATION
   6715 North Palm Avenue, Suite 214
3  Fresno, California  93704
   Telephone:  (559) 449-1888
4  Facsimile:  (559) 449-0177

5  WILLIAM C. HAHESY  105743
   LAW OFFICES OF WILLIAM C. HAHESY
6  6715 North Palm Avenue, Suite 214
   Fresno, California  93704
7  Telephone:  (559) 579-1230
   Facsimile:  (559) 579-1231
8

9  Attorneys for Defendant LINKUS ENTERPRISES, INC.

10

11                UNITED STATES DISTRICT COURT

12                EASTERN DISTRICT OF CALIFORNIA

13 GABE WRIGHT, individually and on        ) Case No.  2:07-cv-01347-MCE-CMK
   behalf of all persons similarly situated, )
14                                          )
                                            )
15                Plaintiff,                ) **STIPULATION FOR PROTECTIVE ORDER
                                            ) AND PROTECTIVE ORDER**
16       vs.                                )
                                            )
17 LINKUS ENTERPRISES, INC., and            )
   DOES 1-10, inclusive                    )
18                                          )
                Defendant.                  )
19                                          )

20       Plaintiff GABE WRIGHT (referred to herein as "Plaintiff") and Defendant LINKUS

21 ENTERPRISES, INC. (referred to herein as "LINKUS" or "Defendant"), by and through their

22 respective attorneys of record, acknowledge and agree that the documents and other information

23 LINKUS will be providing to Plaintiff (referred to herein as "LINKUS Records") may contain

24 privileged information, trade secret, proprietary, private, confidential, and/or other business and/or

25 personal information, which, if divulged, could damage Defendant's business interests and/or could

26 infringe on a constitutionally protected right of privacy.

SUTTON HATMAKER LAW
CORPORATION
6715 NORTH PALM AVE
SUITE 214
FRESNO, CA 93704

Therefore, the Parties, by and through their respective attorneys of record, hereby stipulate and agree that the LINKUS Records voluntarily produced by Defendant in this matter shall be protected against inappropriate disclosure by Plaintiff in accordance with the following terms and conditions:

1.  **Scope of Stipulation and Protective Order.**  This Stipulation for Protective Order and [Proposed] Protective Order ("Stipulation and Protective Order") shall govern information contained in the LINKUS Records and/or any derivatives created by Plaintiff of the LINKUS Records.

2.  **Disclosure of the LINKUS Records.**  The LINKUS Records may be used **solely** for the purpose of this litigation and not for any business or other purpose.  The LINKUS Records may be disclosed only to the following persons:

    a.  Retained and corporate attorneys for any Party who are engaged in litigating this action and the employees of such attorneys;

    b.  Persons not employees of any Party who serve as retained experts or consultants ("outside experts") to assist such Party's counsel in the preparation of this action for trial; including, but not limited to, auditors, accountants, statisticians, economists, attorneys, and other experts, and the employees of such persons;

    c.  Court reporters and court personnel, including, but not limited to, jurors, in this action.

The Parties further stipulate and agree that the LINKUS Records may not be disclosed to any person identified in subparagraphs (b) and (c) until he or she reviews this Stipulation and Protective Order and either executes a written agreement in the form attached hereto as Exhibit "A" or agrees on the record at a deposition to be bound by its terms.  In the event that the person executes the written agreement, the counsel disclosing the LINKUS Records shall maintain the executed written agreement and produce it to the opposing Party only by order of the Court for good cause shown.

SUTTON HATMAKER LAW CORPORATION
6715 NORTH PALM AVE
SUITE 214
FRESNO, CA 93704

3. **Designation of LINKUS Records as Confidential.** The designation of the LINKUS Records as "confidential" shall be made by stamping the legend "Confidential—Subject to Protective Order" or "Confidential" on the document. The Parties stipulate and agree that since the LINKUS Records consist of several multi-paged documents, the records shall be delivered to Plaintiff bound together with the "confidential" designation clearly marked on the first page of the document.

4. **Exemption for Defendant.** Nothing in this Stipulation and Protective Order shall be deemed to prohibit disclosure of the LINKUS Records by Defendant.

5. **Consequences for Violation of Protective Order.** In the event of any violation by Plaintiff of the confidentiality provisions set forth in this Protective Order, Defendant shall have the right to obtain injunctive relief and/or bring a claim for damages against Plaintiff.

6. **Modification of this Protective Order.** Any Party to this Stipulation and Protective Order may apply to the Court for modification of this Stipulation and Protective Order at any time. Nothing in this Stipulation and Protective Order shall preclude the Parties from agreeing to amend or modify this Stipulation and Protective Order or from agreeing to extend it to other legal proceedings between some or all of the Parties, so long as any such agreement (i) is in a signed writing and (ii) applies to the LINKUS Records that were produced by the Defendant to Plaintiff in this matter. The closure of trial proceeding and sealing of the record of a trial are not covered by this Stipulation and Protective Order. These issues may be taken up upon the motion of any Party or at the pre-trial conference.

7. **Post-Litigation Treatment of the LINKUS Records.** No later than thirty (30) days after the unappealed or unappealable final resolution or settlement of the litigation of the above-captioned matter, Plaintiff, any person, and/or any entity possessing a copy of the LINKUS Records shall return such LINKUS Records, including all copies, extracts, summaries, and/or derivative material to Defendant; or, in lieu thereof, shall certify in writing, under oath, that all copies of the LINKUS Records have been destroyed; except that counsel of record may retain for their files

SUTTON HATMAKER LAW CORPORATION
6715 NORTH PALM AVE
SUITE 214
FRESNO, CA 93704

1  copies of any paper served or filed in this litigation, including portions of any such papers that
2  contain or disclose portions of the LINKUS Records.

3      8.    **Continuing Effect of this Stipulation and Protective Order.**  Neither the
4  termination of the litigation of the above-captioned matter nor the termination of employment of any
5  person who had access to the LINKUS Records shall relieve any person from the obligations of
6  maintaining both the confidentiality and the restrictions on use of anything disclosed pursuant to this
7  Stipulation and Protective Order.

8      9.    **Stipulation and Protective Order.**  Plaintiff agrees to submit this Stipulation
9  for Protective Order and Protective Order for entering by the Court and to be bound by its terms prior
10 and subsequent to entry by the Court.

11 IT IS SO STIPULATED.

12 Dated: March 25, 2008        CALLAHAN, McCUNE & WILLIS, APLC

14     By:   /s/ Robert W. Thompson
    ROBERT W. THOMPSON
15     Attorneys for Plaintiff GABE WRIGHT

16 Dated: March 26, 2008        SUTTON HATMAKER LAW CORPORATION

18     BY:   /s/ S. Brett Sutton
    S. BRETT SUTTON
19     Attorneys for Defendant
    LINKUS ENTERPRISES, INC.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

1 **ORDER**

2 Upon stipulation of the Parties, and good cause appearing therefore, **IT IS SO ORDERED.**

3 DATE: 3/28/2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**EXHIBIT "A"**
**Agreement to be Bound by Protective Order**

The undersigned has read the Stipulation for Protective Order and [Proposed] Protective Order regarding the LINKUS Records, which was entered on March ___, 2008 in the case of *Gabe Wright vs. LinkUs Enterprises, Inc.* (United States District Court of the Eastern District of California, Case No. 2:07-cv-01347-MCE-CMK).

The undersigned agrees to be bound by the terms of such Protective Order.

Dated: _____     By: _____

SUTTON HATMAKER LAW CORPORATION
6715 NORTH PALM AVE
SUITE 214
FRESNO, CA 93704