1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GABE WRIGHT,                          No. CIV S-07-1347-MCE-CMK

12            Plaintiff,

13        vs.                              <u>ORDER</u>

14   LINKUS ENTERPRISES, INC.,

15            Defendant.

16   _____/

17            Pursuant to the stipulation of the parties, the deadline to respond and/or object to

18   all outstanding written discovery is extended to and including April 28, 2008.

19            IT IS SO ORDERED.

20

21    DATED:  April 7, 2008

22                                         _____
                                           **CRAIG M. KELLISON**
23                                         UNITED STATES MAGISTRATE JUDGE

24

25

26

                                        1