IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABE WRIGHT,                            No. CIV S-07-1347-MCE-CMK

       Plaintiff,

     vs.                                       ORDER

LINKUS ENTERPRISES, INC.,

       Defendant.

_____/

       Due to the ongoing settlement negotiations and pursuant to the stipulation between the Parties in this action, the outstanding discovery, including Defendant's First Set of Special Interrogatories and First Request for Production of Documents to Plaintiff, and Plaintiff's First Set of Requests for Admissions, First Set of Special Interrogatories and First Set of Requests for Production of Documents to Defendants is withdrawn, the response date vacated, both sides may re-send the discovery at any time and Plaintiff may serve his existing sets first.

       IT IS SO ORDERED.

DATED: April 23, 2008

                                             _____
                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE