1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LINKUS ENTERPRISES, INC.,<br><br>　　　　　Defendant. | Case No.: 2:07-CV-01347-MCE-CMK<br>JUDGE: MORRISON C. ENGLAND, JR.<br>COMPLAINT DATE:  07/06/07<br><br>**ORDER RE: PLAINTIFF WRIGHT'S OBJECTION TO THE NOTICE OF APPEARANCE AND CONSENT TO JOIN** |

The Court has reviewed the Notice of Appearance And Consent To Join Collective Action, the attached Declaration as well as the Objection of the Plaintiff.

Plaintiff's objections to the Notice of Appearance and Consent to Join are SUSTAINED.

**IT IS SO ORDERED.**

**DATED:** August 25, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com