# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE WRIGHT,<br><br>         Plaintiff,<br><br>vs.<br><br>LINKUS ENTERPRISES, INC.,<br><br>         Defendant. | Case No.: 2:07-CV-01347-MCE-CMK<br><br>COMPLAINT DATE: 07/06/07<br><br>**ORDER RE: STIPULATION TO FILE A SECOND AMENDED COMPLAINT** |

After review of the Parties' Stipulation to file a Second Amended Complaint, the Court Orders as follows:

1. Plaintiff may file a Second Amended Complaint.

2. The Second Amended Complaint is considered filed and served as of the date of this Order.

3. In the event the Court denies either preliminary or final approval of the Joint Stipulation of Settlement, Defendant has 20 days from the denial in which to file a response to the Second Amended Complaint.

**IT IS SO ORDERED:**

**DATED: November 13, 2008**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com