UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GABE WRIGHT, et al.,                    No. 2:07-cv-01347-MCE-CMK

     Plaintiffs,

  v.                                    <u>MEMORANDUM AND ORDER</u>

LINKUS ENTERPRISES, INC.,

     Defendant.

----oo0oo----

The Court having reviewed the Stipulation Re Modified Claim Form and Mailing of Notices, and the proposed modified claim form submitted by the parties, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. The modified claim form be, and hereby is, substituted in place of the existing claim form submitted in connection with the Motion for Preliminary Approval, and the Court will consider this modified claim form as part of its review of the Motion for Preliminary Approval; and

///

///

///

1

2. The Settlement Administrator shall have 22 calendar days instead of 15 calendar days for purposes of mailing of the notices and claim forms pursuant to Section 12 of the Joint Stipulation of Settlement.

IT IS SO ORDERED.

Dated: January 16, 2009

*[signature]*

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE