UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GABE WRIGHT, individually and on behalf of all persons similarly situated

Plaintiffs,

v.

LINKUS ENTERPRISES, Inc., and DOES 1-10, inclusive,

Defendants.

No. 2:07-cv-01347-MCE-CMK

MEMORANDUM AND ORDER

----oo0oo----

Gabe Wright and Paul Crowley ("Plaintiffs") brought this action against Linkus Enterprises, Inc., ("Defendant"), seeking compensation for Defendant's alleged failure to pay wages, including overtime wages, failure to provide meal and rest breaks, failure to reimburse business expenses incurred, and failure to maintain required records. Plaintiffs allege Defendant violated various provisions of state and federal law.[1]

---

[1] Because oral argument will not be of material assistance, the Court ordered this matter submitted on the briefing. E.D. Cal. Local Rule 78-230(h).

1

On November 11, 2008, Plaintiffs filed an Unopposed Motion for Preliminary Approval of Class Action Settlement seeking, *inter alia*, to approve a Settlement Class "defined as all persons who were employed as Satellite Technicians by Linkus, Premier, RFG Corporation, Inc. and Ridgeline Services, Inc. or performing services for any of these companies as a Satellite Technician in California, Oregon, or Nevada from July 6, 2003, through the present." However, the only Defendant currently named in this action is Linkus Enterprises, Inc.

The Court cannot approve this settlement as submitted because it purports to relate to claims against Defendants not party to the instant litigation. Accordingly, Plaintiffs' Motion for Preliminary Approval is DENIED without prejudice. Within twenty (20) days of this Order, Plaintiffs are directed to seek amendment of their Second Amended Complaint to add any appropriate parties, after which amendment they may, within twenty (20) days of that filing, resubmit a proper motion to approve any then-existing settlement. Alternatively, within twenty (20) days of this Order, Plaintiffs may instead choose to file a Renewed Motion, properly defining the proposed class with

///
///
///
///
///
///
///
///

reference only to the named Defendant and including any changes to that proposed settlement that may be rendered necessary in light of changes made to the proposed class.

IT IS SO ORDERED.

Dated: March 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE