PDF created with pdfFactory trial version www.pdffactory.com

|    |    |    |
|----|----|----|
| 1  |    |    |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| GABE WRIGHT and PAUL CROWLEY, individually and on behalf of all persons similarly situated | ) ) ) ) | Case No.: 2:07-CV-01347-MCE-CMK |
|---|---|---|
| | | COMPLAINT DATE: 07/06/07 |
| Plaintiffs, | ) ) ) | **ORDER RE: STIPULATION TO FILE A SECOND AMENDED COMPLAINT** |
| vs. | ) ) | |
| LINKUS ENTERPRISES, INC., RFG CORPORATION, RIDGELINE SERVICES, INC., and PREMIER PERSONNEL and DOES 1 to 10, inclusive, | ) ) ) ) ) ) ) | |
| Defendants, | ) | |

After review of the Parties' Stipulation to file a Third Amended Complaint and Defendants Time for Filing a Response to the Third Amended Complaint, the Court Orders as follows:

 1. Plaintiff may file a Third Amended Complaint to include RFG Corporation, Ridgeline Services, Inc., and Premier Personnel as additional defendants.

 2. The Third Amended Complaint is considered filed and served as of the date of this Order.

//

//

- 1 -

**ORDER**

3. In the event the Court denies either preliminary or final approval of the Joint Stipulation of Settlement, Defendants have 20 days from the denial in which to file a response to the Third Amended Complaint.

**IT IS SO ORDERED:**

DATED: March 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com