ROBERT W. THOMPSON, Esq. (SBN 106411)
**CALLAHAN, McCUNE & WILLIS, APLC**
111 Fashion Lane
Tustin, California 92780-3397
Tel    :    (714)   730-5700
Fax   :    (714)   730-1642
Email :    robert_thompson@cmwlaw.net

Attorneys for Plaintiff, GABE WRIGHT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE WRIGHT,<br><br>         Plaintiff,<br><br>    vs.<br><br>LINKUS ENTERPRISES, INC.,<br><br>         Defendant. | Case No.: 2:07-CV-01347-MCE-CMK<br><br>COMPLAINT DATE:  07/06/07<br><br>**ORDER GRANTING<br>TELEPHONIC APPEARANCE** |

The Court grants Plaintiff's Request for Telephonic Appearance on Motion for Preliminary Approval hearing set to be heard on June 11, 2009 at 2:00 p.m.  Attorneys Robert W. Thompson and Kathleen Hartman will appear on behalf of Plaintiff Gabe Wright and will be available at 714-689-3686.

**IT IS SO ORDERED:**

**DATED:** June 9, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com