1  S. Brett Sutton, Bar #143107
2  Laurian Ewbank, Bar #240217
   **SUTTON HATMAKER LAW CORPORATION**
3  6715 N. Palm Avenue, Suite 214
   Fresno, CA  93704
4  Telephone:  (559) 449-1888
   Facsimile:  (559) 449-0177
5

6  William C. Hahesy, Bar #105743
   **LAW OFFICES OF WILLIAM C. HAHESY**
7  6715 N. Palm Avenue, Suite 214
   Fresno, CA  93704
8  Telephone (559) 579-1230
   Facsimile (559) 579-1231
9

10 Attorneys for Defendant LINKUS ENTERPRISES, INC.

11

12                     **UNITED STATES DISTRICT COURT**

13                      **EASTERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| GABE WRIGHT and PAUL CROWLEY, individually and on behalf of all persons similarly situated,<br><br>    Plaintiff(s),<br><br>    v.<br><br>LINKUS ENTERPRISES, INC.<br><br>    Defendant(s). | Case No. 07-CV-01347-MCE-CMK<br><br>**STIPULATION TO EXTEND TIME TO FILE REVISED JOINT STIPULATION OF SETTLEMENT; NOTICE OF CLASS ACTION SETTLEMENT AND CLAIM FORM AND ORDER THEREON** |

21       Plaintiffs GABE WRIGHT and PAUL CROWLEY, individually and on behalf
22 of all persons similarly situated, and Defendant LINKUS ENTERPRISES, INC., by and
23 through their respective attorneys of record, hereby STIPULATE and AGREE as follows:
24       1.    The Court entered a Memorandum Decision and Order on June 17,
25 2009. In that decision the Court gave the parties 10 days from the date of electronic filing of
26 the Order to file a modified Joint Stipulation of Settlement, Notice of Class Action Settlement
27 and Claim Form documents incorporating the terms of the Order.
28

C:\iFolder\mengland\Home\TO DOCKET CIVIL\07cv1347.stip.0623.doc

1

_____
STIPULATION TO EXTEND TIME TO FILE REVISED JOINT STIPULATION OF SETTLEMENT, ETC. AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

2. The documents are due Saturday, June 27, 2008 pursuant to the Court's June 17, 2009 Order.

3. A draft of the revised Joint Stipulation of Settlement is prepared and needs to be circulated and reviewed by all parties and their counsel. Due to a number of matters, including the fact that one of the defense counsel was on vacation at the time of the entry of the Order and did not return until Monday, June 22, 2009, the number of contemplated revisions, and the need, after review, to obtain signatures from various parties, the parties believe additional time is needed and respectfully request that the Court extend the date from June 27, 2009 to and including July 7, 2009.

Dated: June ___, 2009      _____
                                        Callahan, McCune & Willis
                                        By Kathleen Hartman
                                        Attorneys for Plaintiffs
                                        GABE WRIGHT and PAUL CROWLEY

Dated: June ___, 2009      _____
                                        William C. Hahesy,
                                        Attorney for Defendant
                                        LINKUS ENTERPRISES, INC.

Dated: June ___, 2009      _____
                                        Sutton Hatmaker Law Corporation
                                        By S. Brett Sutton
                                        Attorney for Defendant
                                        LINKUS ENTERPRISES, INC.

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that the deadline to file the modified Joint Stipulation of Settlement, Notice of Class Action Settlement and Claim Form documents shall be extended from June 27, 2009 to July 7, 2009.

DATED: June 23, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com