1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABE WRIGHT and PAUL CROWLEY, individually and on behalf of all persons similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>LINKUS ENTERPRISES, INC., RFG CORPORATION, RIDGELINE SERVICES, INC., and PREMIER PERSONNEL and DOES 1 to 10, inclusive,<br><br>     Defendants, | Case No.: 2:07-CV-01347-MCE-CMK<br>JUDGE: MORRISON C. ENGLAND, JR.<br>COMPLAINT DATE: 07/06/07<br><br>**ORDER RE: STIPULATION REQUESTING DATE CHANGE FOR FILING THE MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF CHANGES TO INFORMATION CONTAINED IN THE NOTICE TO THE CLASS AND CLAIM FORM**<br><br>DISCOVERY CUT OFF:   NONE<br>MOTION CUT OFF:       NONE<br>MSC DATE:                     NONE<br>TRIAL DATE:                   NONE |

- 1 -

1  After review of the parties Stipulation Requesting Date Change for Filing of the Motion
2  for Final Approval of Settlement and Approval of Changes to Information Contained in the
3  Notice to the Class and Claim Form, this Court GRANTS the stipulation.
4  IT IS SO ORDERED.
5  DATED: August 17, 2009

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -

ORDER RE: STIPULATION OF PARTIES

PDF created with pdfFactory trial version www.pdffactory.com