1 | S. Brett Sutton, Bar #143107
2 | Laurian Ewbank, Bar #240217
**SUTTON HATMAKER LAW CORPORATION**
3 | 6715 N. Palm Avenue, Suite 214
Fresno, CA 93704
4 | Telephone: (559) 449-1888
Facsimile: (559) 449-0177
5 |

6 | William C. Hahesy, Bar #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
7 | 225 W. Shaw Avenue, Suite 105
Fresno, CA 93704
8 | Telephone (559) 579-1230
Facsimile (559) 579-1231
9 | Email: bill@hahesylaw.com

10 |
Attorneys for Defendant LINKUS ENTERPRISES, INC.
11 |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

GABE WRIGHT, individually and on behalf of all persons similarly situated,

        Plaintiff(s),

  v.

LINKUS ENTERPRISES, INC.

        Defendant(s).

Case No. 07-CV-01347-MCE-CMK

**ORDER APPROVING FINAL VERSIONS OF CLASS NOTICE AND CLAIM FORM**

///
///
///
///
///
///
///

1

**ORDER APPROVING FINAL VERSIONS OF CLASS NOTICE AND CLAIM FORM**

PDF created with pdfFactory trial version www.pdffactory.com

1  Upon reviewing the Stipulation Requesting Court Approval of Final Versions of
2  Class Notice and Claim Form filed herewith, and good cause appearing therefor,
3  IT IS HEREBY ORDERED as follows:
4  The Court approves the final versions of the Class Notice and Claim Forms
5  attached hereto as Exhibits A and B, respectively, with one exception.  Paragraph 10 of the Class
6  Notice must be changed from "If the Court grants final approval of the Settlement, all Class
7  Members who do not opt out are bound by the terms of the Settlement" to "If the Court grants final
8  approval of the Settlement, all members of Subclass One who opt in and all members of Subclass
9  Two who do not opt out are bound by the terms of the Settlement."

10 Dated:  September 8, 2009

12 MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

2

**ORDER APPROVING FINAL VERSIONS OF CLASS NOTICE AND CLAIM FORM**

PDF created with pdfFactory trial version www.pdffactory.com