IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE WRIGHT and PAUL CROWLEY, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKUS ENTERPRISES, INC., RFG CORPORATION, RIDGELINE SERVICES, INC., and PREMIER PERSONNEL and DOES 1 to 10, inclusive,<br><br>Defendants, | Case No.: 2:07-cv-01347-MCE-CMK<br><br>**ORDER CLARIFYING THE CLASS DEFINITION FOR ALL PURPOSES IN CONNECTION WITH THE SETTLEMENT** |

After review of the Parties' Stipulation Requesting Clarification of the Class Definition for all Purposes in Connection with the Settlement, the Court Orders as follows:

1. The definition of the terms "Class Members" or "Members of the Class" in the Amended Joint Stipulation of Settlement (Dkt. 82) shall be clarified to provide as follows: "All individuals who did not opt out and who from July

6, 2003 through July 28, 2009:(1) were employed as satellite technicians in California, Nevada or Oregon by LINKUS; or (2) were categorized by LINKUS as PEO employees and who performed work as a satellite technician through Premier Personnel, RFG, or Ridgeline (and all fictitious business names of those entities) for LINKUS.  Class Members are part of one or more Subclasses which are defined below."

2. The definition of the term "Subclass One" shall be clarified to provide as follows: "All individuals who, as of the date of the Final Approval Hearing on the Settlement have filed with the Court a claim form consenting to join this action as a plaintiff pursuant to 29 U.S.C. section 216(b) of the Fair Labor Standards Act, and who, between July 6, 2003 and July 29, 2009 were: (1)  directly employed as satellite technicians in California, Nevada or Oregon by LINKUS; or (2) categorized by LINKUS as PEO employees and who performed work as a satellite technician for LINKUS through Premier Personnel, RFG, or Ridgeline (and all fictitious business names of those entities)."

3. The definition of the term "Subclass Two" shall be clarified to provide as follows:  "All individuals who, between July 6, 2003 and July 29, 2009 were: (1) employed as satellite technicians in California, Nevada or Oregon by LINKUS; or (2) categorized by LINKUS as PEO employees and who performed work for LINKUS as a satellite technician through Premier Personnel, RFG, or Ridgeline (and all fictitious business names of those

1   entities)."

2   4.   It is further ordered that no further notice need be given to the Class

3   Members.

    **IT IS SO ORDERED.**

    DATED:  11/25/2009

    _____
    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE